IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE:<br><br>UNITED EMERGENCY MEDICAL CORP<br><br><br>66-0718977<br><br><br>Debtor(s) | CASE NO. 19-02477-MCF11<br>Chapter 11<br><br><br><br><br><br>FILED & ENTERED ON MAR/20/2020 |
|---|---|

ORDER

    Upon the Bankruptcy Court's General Order 20-03, the hearing scheduled for Wednesday, April 1, 2020, at 9:00 a.m., is continued sine die, for cause. Notice of the new hearing date will be given by the Clerk of the Court.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 20 day of March, 2020.

*Mildred Cabán*

Mildred Caban Flores
United States Bankruptcy Judge